UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRANSPORTATION ALLIANCE
BANK, INC.,

    Plaintiff,

v.                                    CASE NO. 2:18-cv-00499-FtM-66MRM

PEEWEE'S SERVICES CORP.,
et al.,

    Defendants.
_____/

## ORDER

A July 29, 2020 report (Doc. 123) recommends granting-in-part and denying-in-part the plaintiff's motion (Doc. 101) for default judgment against Victor George ("V. George") and motion (116) for default judgment against Peewee's Hauling, Inc. ("PHI"), Peewee's Services Corp. ("PSC"), Marlowe F. Vargas, and Shannon George ("S. George"). More than fourteen days have passed since entry of the report and recommendation, and no party objects.

Following a *de novo* review, the report and recommendation (Doc. 123) is **ADOPTED**. For the reasons stated in Judge McCoy's thorough and well-reasoned report, the motions (Docs. 101 and 116) for default judgment are **GRANTED-IN-PART** and **DENIED-IN-PART**, and the clerk is directed to enter default judgment for the plaintiff and against the various defendants as follows:

    a. Against PHI on Counts I and II;

    b. Against S. George, PHI, and Vargas on count IV,

    c. Against PHI, PSC, Vargas, and S. George on Count V;

    d. Against S. George on Count VII;

    e. Against all defendants on Count VIII.

The clerk is directed to award judgment for the plaintiff and against all defendants for the following amounts:

    a. Principal in the amount of $168,202.48;

    b. $73,756.79 in accrued interest as of April 20, 2020, with interest accruing at a rate of $84.10 per day through entry of final judgment;

    c. Late fees and early termination fees in the amount of $10,976.80; and

    d. Post-judgment interest accruing under 28 U.S.C. § 1961.

The plaintiff's request for fees and costs against PHI and S. George is **DENIED WITHOUT PREJUDICE**. The plaintiff may renew its motion supported by adequate documentation as to the appropriate amount of fees and costs to be awarded. Also, the plaintiff's request for fees and costs against V. George, Vargas, and PSC is **DENIED**.

The plaintiff is recognized as the holder and owner of the Commercial Security Agreement, which grants the plaintiff a security interest in a 2016 Mack GU713 Tractor (VIN 1M2AX04C4GM028158). (Doc. 86-2)

The court reserves (1) ordering a judicial foreclosure sale of the collateral or (2) requiring the defendants to produce the collateral until the plaintiff certifies it has not or cannot execute on its money judgment.

Finally, the motions for default judgment are denied to the extent that they seek any greater or different relief than ordered herein.

No later than **AUGUST 28, 2020**, the plaintiff must file a notice with the court specifying the status of this action and how it plans to proceed henceforth in light of this order.

ORDERED in Fort Myers, Florida, on August 18, 2020.

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**