UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRANSPORTATION ALLIANCE
BANK, INC.,

          Plaintiff,

v.                                             Case No: 2:18-cv-499-JLB-MRM

PEEWEE'S HAULING, INC.,
PEEWEE'S SERVICES CORP.,
MARLOWE F.VARGAS, SHANNON
GEORGE and VICTOR GEORGE,

          Defendants.
_____/

## ORDER

      This cause comes before the Court on Plaintiff's "Amended Motion To Establish Amount of Attorneys' Fees, Costs and Expenses Due To Transportation Alliance Bank, Inc. D/B/A Tab Bank" (Doc. 131), filed September 8, 2020. On October 6, 2020, the Magistrate Judge submitted a report recommending that the motion be granted in part and denied in part. (Doc. 135.) No party has objected to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. See 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 135), it is hereby **ORDERED** that:

      1.     The Report and Recommendation of the Magistrate Judge (Doc. 135) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's "Amended Motion To Establish Amount of Attorneys' Fees, Costs and Expenses Due To Transportation Alliance Bank, Inc. D/B/A Tab Bank" (Doc. 131) is **GRANTED IN PART AND DENIED IN PART** as follows: (a) Plaintiff is awarded $77,410.25 in attorney's fees and $5,619.84 in costs and expenses against Defendants PeeWee's Hauling, Inc. and Shannon George, who shall be jointly and severally liable for said amounts; (b) to the extent that Plaintiff's motion seeks any greater or different relief than the above, it is denied.

3. The Clerk is **DIRECTED** (i) to amend the final default judgment previously entered in Plaintiff's favor (Doc. 127) by adding a judgment against Defendants PeeWee's Hauling, Inc. and Shannon George, jointly and severally, in the amounts of $77,410.25 in attorney's fees and $5,619.84 in costs and expenses, and (ii) to **CLOSE** the file.

**DONE AND ORDERED** in Fort Myers, Florida on December 8, 2020.

_____
**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**