UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**TRANSPORTATION ALLIANCE BANK, INC.,**

     Plaintiff,

v.                                    Case No. 2:18-cv-499-JLB-KCD

**PEEWEE'S HAULING, INC.,,**
**PEEWEE'S SERVICES CORP.,,**
**MARLOWE F. VARGAS,,**
**SHANNON GEORGE,,**
**VICTOR GEORGE,** and
**HERMINIO MORALES,**

     Defendants.

---

## ORDER[1]

     Before the Court is Plaintiff's Amended Motion to Terminate Replevin Bond. (Doc. 188.) For the reasons below, the motion is granted.

     Plaintiff Transportation Alliance Bank, Inc. brought this suit to recover a defaulted loan from Defendants. (Doc. 1.) Relevant here, the loan was secured by collateral—a "2016 Mack GU713 Tractor." (Doc. 86 ¶ 15.) After initially appearing, Defendants defaulted and a judgment was entered against them. (Doc. 126.)

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Early in the case, Plaintiff sought a writ of replevin to repossess the tractor. The Court granted Plaintiff's request but required, among other things, a replevin bond. (Doc. 24.) Plaintiff secured the bond (Doc. 83), and the tractor was repossessed and sold to cover the judgment. (*See* Doc. 188 ¶¶ 2-4.)

Plaintiff now asks to dissolve the replevin bond. The Court agrees this relief is appropriate. Defendants have defaulted and the tractor was long ago sold. There is thus no need for the replevin bond to protect any interest Defendants may have had in the tractor.

Accordingly, it is hereby **ORDERED**

1. Plaintiff's Amended Motion to Terminate Replevin Bond is **GRANTED**;

2. Plaintiff shall have no obligation to maintain the replevin bond moving forward, and the bond (Doc. 83) may be dissolved.

**DONE AND ORDERED** on July 19, 2022.

Kyle C. Dudek
United States Magistrate Judge